1  V James DeSimone (State Bar No. 119668)
   vjdesimone@gmail.com
2  Michael D. Seplow (State Bar No. 150183)
   mseplow@gmail.com
3  SCHONBRUN DESIMONE SEPLOW
   HARRIS & HOFFMAN LLP
4  723 Ocean Front Walk
   Venice, California 90291
5  Telephone: 310-396-0731
   Facsimile: 310-396-0731
6
7  Thomas W. Falvey (SBN 65744)
   thomaswfalvey@gmail.com
8  Michael H. Boyamian (SBN 256107)
   mike.falveylaw@gmail.com
   LAW OFFICES OF THOMAS W. FALVEY
9  550 North Brand Boulevard, Suite 1500
   Glendale, CA 91203
10 Telephone: (818) 547-5200
   Fax: (800) 500-9307
11
12 Lawrence A. Bohm (State Bar No. 208716)
   LBohm@Bohmlaw.com
   BOHM LAW GROUP
13 4600 Northgate Blvd Ste 210
   Sacramento, CA 95834
14 Telephone: (916) 927-5574
   Fax: (916) 927-2046
15
16 Attorneys for Plaintiff GEORGE ZEMITIS
   (Additional counsel listed on next page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE ZEMITIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMDOCS, INC. and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 3:14-cv-03485-SI<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE<br>DEADLINE TO COMPLETE<br>SETTLEMENT**<br><br>Judge:　　Susan Y. Illston |

Laura M. Jordan (admitted pro hac vice)
R. Nelson Williams (admitted pro hac vice)
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101
Telephone:  314-552-6000
Facsimile:  314-552-7417
ljordan@thompsoncoburn.com
rwilliams@thompsoncoburn.com

Michael S. Kun (State Bar No. 208684)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067
Telephone:  310-556-8861
Facsimile:  310-553-2165
mkun@ebglaw.com

Attorneys for Defendant
AMDOCS, INC.

WHEREAS, on December 3, 2014, Plaintiff filed a notice of settlement indicating that the parties had reached a tentative settlement;

WHEREAS, on December 9, 2014, the Court issued an order dismissing this Action based on the settlement and indicating that if settlement had not been reached within 90 days, one of the parties could request that the case be placed back on calendar;

WHEREAS, although the parties have agreed upon the terms of the settlement and do not anticipate any issues with respect to the settlement, it appears that the settlement will not be completely final prior to the current deadline of March 9, 2015 to request that the case be placed back on calendar;

THEREFORE, IT IS HERBY STIPULATED THAT:

The deadline for the parties to complete the settlement or request that the case be placed back on calendar is extended until April 8, 2015.

DATED: March 5, 2015         SCHONBRUN DESIMONE SEPLOW
                             HARRIS& HOFFMAN LLP

                      By:    */s/ Michael D. Seplow*
                             V. James DeSimone
                             Michael D. Seplow
                             Attorneys for Plaintiff


DATED: March 5, 2015         THOMPSON COBURN LLP

                             EPSTEIN BECKER & GREEN, P.C.

                      By:    */s/ Laura M. Jordan*
                             Laura M. Jordan
                             R. Nelson Williams
                             Michael S. Kun
                             Attorneys for Defendant

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __3/9_____, 2015

_____
Hon. Susan Y. Illston